# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147991

GREGORY TAYLOR and JAMES
NIEZNAJKO,
          Plaintiffs-Appellees,

v

          SC: 147991
          COA: 314534
          Genesee CC: 12-098397-NI

MICHIGAN PETROLEUM
TECHNOLOGIES, INC.,
          Defendant-Appellee,

and

CONSUMERS ENERGY COMPANY,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



Clerk

h0325